

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 17-MJ-2228 |
| Latasha Yolanda Sneed | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _September 13, 2017_, _____, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Jean P. Rosenbluth_, in Courtroom _690_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _9/8/2017_     _____
U.S. ~~District Judge~~/Magistrate Judge